■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAYWARD PRUDHOMME, Appellant. [851 NYS2d 55]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about December 22, 2000, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Friedman, Sweeny and Moskowitz, JJ.